**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (CHICAGO)**

| | |
|---|---|
| In re:<br>Darryl Burnett,<br>Lisa A Burnett,<br>      Debtors. | Chapter 13<br><br>No. 15-19574<br>Judge: Carol A. Doyle |

**AMENDED NOTICE OF MOTION**

To Trustee:
Tom Vaughn
**By Electronic Notice through ECF**

To Attorney:
Jason Blust
**By Electronic Notice through ECF**

To Debtors:
Darryl Burnett,
Lisa A Burnett,
**By U.S. Mail**

     On Tuesday, November 12, 2019 at 9:15am, I shall appear before the Honorable Carol A. Doyle or any Judge sitting in her stead or as soon thereafter as counsel may be heard in courtroom 742 located at 219 South Dearborn Street, Chicago, IL 60604 and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

| | |
|---|---|
| Name: | RANDALL MILLER & ASSOCIATES, LLC |
| | Attorneys for Plaintiff |
| Address: | 120 N. LaSalle St., Ste. 1140 |
| | Chicago, IL 60602 |
| Attorney: | ARDC#6319469 |

Dated: October 25, 2019                       Respectfully Submitted,
                                                            Randall S. Miller & Associates, LLC

                                                         /s/ Samantha San Jose
                                                         Attorney for Creditor
                                                         120 N. LaSalle St. #1140
                                                         Chicago, IL  60602
                                                         (312) 267-2104
                                                         ssanjose@rsmalaw.com